IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ROGER LYNN TABB, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 10-618-JO |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION; ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

JONES, Judge:

    Upon plaintiff's motion (#6) to dismiss filed in this matter,

    IT IS ORDERED that this matter is dismissed and any pending motions are denied as moot.

    DATED this 29th day of June, 2010.

    /s/ Robert E. Jones
    ROBERT E. JONES
    U.S. District Judge